UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-23726-CIV-COOKE/DAMIAN

RAMON E. GOMEZ,

    Petitioner,
v.

ALEJANDRO MAYORKAS, et al.,

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    I referred this case to the United States Magistrate Judge Melissa Damian for pretrial dispositive matters (ECF No. 7). *See* 28 U.S.C. § 636. This matter is before me on the Report and Recommendation ("R&R") of Judge Damian (ECF No. 11) regarding Respondents, Alejandro Mayorkas, Secretary of the United States Department of Homeland Security, and Tony Pham's, Acting Director of United States Immigration and Customs Enforcement, Response to Order to Show Cause (ECF No. 10). In her R&R, Judge Damian recommends that the Petition (ECF No. 1) be dismissed as moot because the case or controversy requirement of Article III is not met (ECF No. 11 at 4). The parties have not filed objections to the R&R, and the time to do so has passed.

    I have reviewed Judge Damian's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Damian's R&R to be clear, cogent, and compelling. Accordingly, Judge Damian's R&R is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the Petition is **DISMISSED** *as moot*. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    D**ONE and ORDERED** in Chambers at Miami, Florida, this 21st day of June 2022.

                                        _____
                                        MARCIA G. COOKE
                                        United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of Record*